# EXHIBIT 4

| '676 Patent Claim 1 | AGCO's MF SB.1436DB |
|---|---|
| **A baling apparatus for simultaneously forming multiple square bales of crop material picked up from a field as said apparatus is moved along the field, said apparatus comprising:** |  Ex. A at 12.[1]<br><br>**HOW IT WORKS**<br>As crop feeds up from the pre-forming chamber, it is separated via the splitting knife during the plunger compression stroke. As the crop moves rearward in each side of the chamber, it is compressed by the common hydraulic system that provides equal and consistent density. When it comes time for the bale to be tied off, each side of the chamber operates with an independent knotter trip system to ensure dependable bale length no matter which side of the chamber the bale comes from. The bales then drop out onto the chute where they are arranged for pickup on the ground.<br>Ex. B at 3. |

---

[1] Citations to the pages referenced herein refer to the PDF page number of the relevant exhibit inclusive of the exhibit's cover sheet.

| | |
|---|---|
| **a baling chamber having an inlet for receiving the crop material from the field, an open exit end spaced from said inlet, a roof, and a horizontally extending floor, wherein said roof and said floor are formed with spaced members;** | <br>Ex. A at 11 (with annotations).<br>This photo shows the open exit end of the AGCO baler.<br><br>**HOW IT WORKS**<br>As crop feeds up from the pre-forming chamber, it is separated via the splitting knife during the plunger compression stroke. As the crop moves rearward in each side of the chamber, it is compressed by the common hydraulic system that provides equal and consistent density. When it comes time for the bale to be tied off, each side of the chamber operates with an independent knotter trip system to ensure dependable bale length no matter which side of the chamber the bale comes from. The bales then drop out onto the chute where they are arranged for pickup on the ground.<br>Ex. B at 3. |

| | |
|---|---|
| **a plunger movable within said baling chamber to move the crop material in a path within said baling chamber along said floor from said inlet toward said open exit end; and** | <br><br>• Dividing knife and separation wall partitions bale chamber for equal and even bale creation<br><br>• Knife is self-cleaning and can be removed for sharpening<br><br>Ex. A at 11 (with annotations).<br><br>**HOW IT WORKS**<br>As crop feeds up from the pre-forming chamber, it is separated via the splitting knife during the plunger compression stroke. As the crop moves rearward in each side of the chamber, it is compressed by the common hydraulic system that provides equal and consistent density. When it comes time for the bale to be tied off, each side of the chamber operates with an independent knotter trip system to ensure dependable bale length no matter which side of the chamber the bale comes from. The bales then drop out onto the chute where they are arranged for pickup on the ground.<br><br>Ex. B at 3. |
| **a stationary splitting knife mounted in said baling chamber to extend vertically from said floor,** | <br><br>• Dividing knife and separation wall partitions bale chamber for equal and even bale creation<br><br>• Knife is self-cleaning and can be removed for sharpening<br><br>Ex. A at 11 (with annotations). |

The image above shows the splitting knife extending from the floor and shows it as being coplanar with the separation wall. As shown below, the separation wall is vertical. It also extends from the floor. The text above notes that the coplanar splitting knife and separation wall "partitions bale chamber for equal and even bale creation." The splitting knife, as shown above, is in the same plane as the vertical separation wall and must be coplanar to partition the "bale chamber for equal and even bale creation." Like the separation wall, the splitting knife is vertical.



Ex. A at 11 (with annotations).

The AGCO Parts Manual page reproduced below and in Exhibit C shows that knife (31) is secured to the baler with bolts (32) to knife bracket (22) and the bracket at the end of the arrow extending upward from the knife, which renders the knife stationary. *See* Ex. C at 2 (with annotations).



652650: MF SB.1436DB SMALL RECTANGULAR BALER

3151900
MAIN FRAME

5/19/2026-8:35 PM

PAG 09-0004

said splitting knife having a leading cutting edge extending vertically from said floor to be transverse to said path and to face said plunger and opposing vertical cutting edges tapering to said leading cutting edge,

said opposing vertical cutting edges being angled toward said leading cutting edge and said leading cutting edge being centered between said opposing vertical cutting edges to form tapering areas on opposite sides of said leading cutting edge to



Ex. A at 11 (with annotations.

As shown above the leading cutting edge is the right most edge of the splitting knife and faces the plunger. In this image, one of the vertical cutting edges is shown and tapers from the vertical dividing knife to form the leading cutting edge. While this image shows one vertical cutting edge, the other is shown in the annotated AGCO Parts Manual image below. *See* Ex. C at 2 (with annotations). In the above image, the plunger is on the right and baled material would flow from right to left. The other side of the dividing knife is shown below in the AGCO Parts Manual schematic and shows the other vertical cutting edge tapering to the leading cutting edge. In the AGCO Parts Manual, crop would flow from left to

| **assist center splitting of the crop material to simultaneously form bales of the crop material spaced by said splitting knife without requiring movement of said splitting knife,** | right, therefore, the parts manual and image above show both vertical cutting edges. |
|---|---|



652650: MF SB.1436DB SMALL RECTANGULAR BALER

3151900
MAIN FRAME

5/19/2026-8:35 PM

PAG 09-0004

| | |
|---|---|
| | As noted below, the splitting knife is transverse to the crop flow path, which allows it to split the crop material during flow to simultaneously form bales of the crop material. As shown in the images, the knife is stationary an thus the crop material is formed without requiring movement of the splitting knife.<br><br>**HOW IT WORKS**<br><br>As crop feeds up from the pre-forming chamber, it is separated via the splitting knife during the plunger compression stroke. As the crop moves rearward in each side of the chamber, it is compressed by the common hydraulic system that provides equal and consistent density. When it comes time for the bale to be tied off, each side of the chamber operates with an independent knotter trip system to ensure dependable bale length no matter which side of the chamber the bale comes from. The bales then drop out onto the chute where they are arranged for pickup on the ground.<br><br>Ex. B at 3. |
| **wherein a top portion of said splitting knife is mounted to a support at the same level as said roof of said baling chamber and a bottom portion of said splitting knife extends through a gap between spaced members of said floor.** | As shown in the AGCO Parts Manual page below, Ex. C at 2 (with annotations), the splitting knife (33) is bolted to the upper knife mount (unnumbered) and the lower knife mount (knife bracket 22). The bottom portion of the splitting knife extends through the knife slots in various components above the lower knife mount (22) to be connected by bolt 32 once the knife (33) is placed in the gap between spaced flange members in the lower knife mount. The top portion of the splitting knife is mounted to the upper knife mount (unnumbered) such that it is at the same level of the roof of the baling chamber. |



# EXHIBIT A

# Product Marketing Bulletin

**MASSEY FERGUSON** | **HESSTON**

## Small Square Baler

| | |
|---:|:---|
| **Date:** | February 10th, 2025 |
| **Bulletin:** | MF25-03PMB |
| **Subject:** | SB.1436DB SSB Introduction Guide |



**This Introduction Guide will cover the new features and functions of the SB.1436DB small square baler to assist in education of dealers and customers.**



HESSTON

# New for 2025!

After a long-awaited release, the SB.1436DB Small Square Baler is available for retail ordering. The 1436DB brings to the marketplace a product that elevates field efficiency, maximizes bale consistency, while minimizing labor and input costs.

The 1436DB creates two 14"x18" bales from one chamber, utilizing a splitting knife directly behind the plunger and independent knotter trips to ensure optimal bale length consistency on every bale made. This, combined with the hydraulic density system with optional auto density control via SimplEbale, creates bales with consistent weight and dimension, no matter the crop conditions or windrow variability.

Throughout this document, the baler's features and functionality will be explained in detail.





# Product Marketing Bulletin

**HESSTON**

# SB.1436DB Introduction

| Subject: | Specifications |
|---|---|

| Baler Model – SB.1436DB | | |
|---|---|---|
| **Size of chamber** | in. | 14x36 (bale size 14x18) |
| **Bale length** | in. (mm) | 24 to 52 (610 to 1,321) |
| **Dimensions** | | |
| Length w/o bale chute | in. (mm) | 240 (6070) |
| Length with bale chute | | 305 (7750) |
| Width (overall) | | 121.5 (3,059) |
| Shipping Width | | 109 (2769) |
| Height with shielding | | 91.4 (2,320) |
| Baler weight, approx. | lbs. (kg) | 9,400 (4,264) |
| **Tires** | | 14L-16.1 12 ply |
| **Main Drive** | | |
| Flywheel Rotation | | Clockwise as seen from rear of baler |
| Main Clutch | | Auto Reset w/ Overunning Clutch |
| **Pickup** | | |
| Tine to tine | in. (mm) | 83 (2,106) |
| Inside panel to panel | | 90.5 (2,295) |
| Outside panel to panel | | 105 (2,663) |
| Number of tine bars | | 4 |
| Number of tines | | 128 |
| Augers | in. (mm) | Up-turn 13 O.D (330.2) |
| Protection | | Slip and overrunning clutch |
| Guage wheels | | 2 (one per side) |
| **Feeding System** | | |
| Stuffer | | Crank with 10 tines |
| Drive | | No. 80 chain |
| Protection | | Shearbolt |



# Product Marketing Bulletin

## SB.1436DB Introduction

**HESSTON**

| Subject: | Specifications |
|---|---|

| Baler Model – SB.1436DB | | |
|---|---|---|
| **Plunger** | | |
| Strokes/min | | 90 |
| Protection | | Auto Reset Clutch |
| Length of Stroke | in. (mm) | 21.9 (556) |
| Mounting | | 10 sealed ball bearing rollers |
| **Tying Mechanism** | | |
| Type | | Knotters |
| Protection | | Shearbolt |
| Twine box capacity | | 20 Spools |
| **Tractor Requirements** | | |
| Minimum PTO HP | HP (kW) | 120 (90) |
| PTO speed | rpm | 1000 |
| Hydraulics | | One double acting remote valve (for hydraulic pickup lift) |
| Electrical | | 7 pin road light receptacle ISOBUS connection for main power supply (standalone harness available) |



# Product Marketing Bulletin

## HESSTON

# SB.1436DB Introduction

**MASSEY FERGUSON**

---

**Subject:** Productivity

| Flakes / Weight | 30 lbs | | 35 lbs | | 40 lbs | | 45 lbs | | 50 lbs | |
|---|---|---|---|---|---|---|---|---|---|---|
| Productivity | AVG | MAX | AVG | MAX | AVG | MAX | AVG | MAX | AVG | MAX |
| **6** Bales/Hr | 1296 | 1800 | 1296 | 1800 | 1296 | 1800 | 1296 | 1800 | 1296 | 1800 |
| Tons/Hr | 19 | 27 | 23 | 32 | 26 | 36 | 29 | 41 | 32 | 45 |
| **7** Bales/Hr | 1111 | 1543 | 1111 | 1543 | 1111 | 1543 | 1111 | 1543 | 1111 | 1543 |
| Tons/Hr | 17 | 23 | 19 | 27 | 22 | 31 | 25 | 35 | 28 | 39 |
| **8** Bales/Hr | 972 | 1350 | 972 | 1350 | 972 | 1350 | 972 | 1350 | 972 | 1350 |
| Tons/Hr | 15 | 20 | 17 | 24 | 19 | 27 | 22 | 30 | 24 | 34 |
| **9** Bales/Hr | 864 | 1200 | 864 | 1200 | 864 | 1200 | 864 | 1200 | 864 | 1200 |
| Tons/Hr | 13 | 18 | 15 | 21 | 17 | 24 | 19 | 27 | 22 | 30 |
| **10** Bales/Hr | 778 | 1080 | 778 | 1080 | 778 | 1080 | 778 | 1080 | 778 | 1080 |
| Tons/Hr | 12 | 16 | 14 | 19 | 16 | 22 | 17 | 24 | 19 | 27 |
| **11** Bales/Hr | 707 | 982 | 707 | 982 | 707 | 982 | 707 | 982 | 707 | 982 |
| Tons/Hr | 11 | 15 | 12 | 17 | 14 | 20 | 16 | 22 | 18 | 25 |
| **12** Bales/Hr | 648 | 900 | 648 | 900 | 648 | 900 | 648 | 900 | 648 | 900 |
| Tons/Hr | 10 | 14 | 11 | 16 | 13 | 18 | 15 | 20 | 16 | 23 |
| **13** Bales/Hr | 598 | 831 | 598 | 831 | 598 | 831 | 598 | 831 | 598 | 831 |
| Tons/Hr | 9 | 12 | 10 | 15 | 12 | 17 | 13 | 19 | 15 | 21 |
| **14** Bales/Hr | 555 | 771 | 555 | 771 | 555 | 771 | 555 | 771 | 555 | 771 |
| Tons/Hr | 8 | 12 | 10 | 14 | 11 | 15 | 12 | 17 | 14 | 19 |
| **15** Bales/Hr | 518 | 720 | 518 | 720 | 518 | 720 | 518 | 720 | 518 | 720 |
| Tons/Hr | 8 | 11 | 9 | 13 | 10 | 14 | 12 | 16 | 13 | 18 |

| Flakes / Weight | 55 lbs | | 60 lbs | | 70 lbs | | 80 lbs | | 90 lbs | |
|---|---|---|---|---|---|---|---|---|---|---|
| Productivity | AVG | MAX | AVG | MAX | AVG | MAX | AVG | MAX | AVG | MAX |
| **6** Bales/Hr | 1296 | 1800 | | | | | | | | |
| Tons/Hr | 36 | 50 | | | | | | | | |
| **7** Bales/Hr | 1111 | 1543 | 1111 | 1543 | | | | | | |
| Tons/Hr | 31 | 42 | 33 | 46 | | | | | | |
| **8** Bales/Hr | 972 | 1350 | 972 | 1350 | 972 | 1350 | | | | |
| Tons/Hr | 27 | 37 | 29 | 41 | 34 | 47 | | | | |
| **9** Bales/Hr | 864 | 1200 | 864 | 1200 | 864 | 1200 | 864 | 1200 | | |
| Tons/Hr | 24 | 33 | 26 | 36 | 30 | 42 | 35 | 48 | | |
| **10** Bales/Hr | 778 | 1080 | 778 | 1080 | 778 | 1080 | 778 | 1080 | 778 | 1080 |
| Tons/Hr | 21 | 30 | 23 | 32 | 27 | 38 | 31 | 43 | 35 | 49 |
| **11** Bales/Hr | 707 | 982 | 707 | 982 | 707 | 982 | 707 | 982 | 707 | 982 |
| Tons/Hr | 19 | 27 | 21 | 29 | 25 | 34 | 28 | 39 | 32 | 44 |
| **12** Bales/Hr | 648 | 900 | 648 | 900 | 648 | 900 | 648 | 900 | 648 | 900 |
| Tons/Hr | 18 | 25 | 19 | 27 | 23 | 32 | 26 | 36 | 29 | 41 |
| **13** Bales/Hr | 598 | 831 | 598 | 831 | 598 | 831 | 598 | 831 | 598 | 831 |
| Tons/Hr | 16 | 23 | 18 | 25 | 21 | 29 | 24 | 33 | 27 | 37 |
| **14** Bales/Hr | 555 | 771 | 555 | 771 | 555 | 771 | 555 | 771 | 555 | 771 |
| Tons/Hr | 15 | 21 | 17 | 23 | 19 | 27 | 22 | 31 | 25 | 35 |
| **15** Bales/Hr | 518 | 720 | 518 | 720 | 518 | 720 | 518 | 720 | 518 | 720 |
| Tons/Hr | 14 | 20 | 16 | 22 | 18 | 25 | 21 | 29 | 23 | 32 |



# Product Marketing Bulletin

# SB.1436DB Introduction

**Subject:** | SimplEbale

## SimplEbale & Ag Co-Pilot Monitor



- SimplEbale control system is common across all 1800 SSB's and the 1436DB
- Uses Ag Co-Pilot monitor (Non-ISOBUS)
- Advanced primary information display:
  - Flake Thickness
  - Bale Weight
  - Flake Counter
  - Baling Efficiency
  - Bale Moisture (optional)
  - Bale Length
  - Bale Density Pressure
  - PTO Speed
  - Field Bale Counter
  - Service Function Indicators
- Allows for on-the-go density adjustments from the operator station
- Auto Knotter Lube Control
- Maintenance Interval Counter
- On-board Electronic Diagnostics
- System Calibrations
- Baler requires standard ISOBUS connector for power supply, if tractor does not have ISOBUS, a standalone harness is available (ACX5027560)





# Product Marketing Bulletin
# SB.1436DB Introduction

**Subject:** Frame & Axle

## Adjustable Hitch

- 2-5/16" Ball Hitch

- Vertical height adjustment in both hitch and PTO carrier bearing to accommodate different tractors



## High Flotation Tires

- 14L-16.1 12-ply tires for smooth field operation



## Tandem Wheel Option

- Available as a field installed kit is a second set of 12.5L-15 tires offset to the rear for improved operation in rough terrain such as pivot or flood irrigated fields.



**HESSTON**

**MASSEY FERGUSON**

| **Subject:** | Drives |
| --- | --- |

## Gearbox

- Heavy-duty Hypoid Gearbox

  - 1000 RPM Input

  - 90 SPM Output

- Counterbalance weights to smooth out plunger strokes

- Auto-reset clutch on input shaft for ease of operation





## Knotters, Feeder & Pickup

- Auxiliary drives are powered by jack shafts connected to the plunger crank arms

- Roller chain driven for ease of maintenance and minimizing chaff buildup areas

  - #80 chain drives feeder and main pickup

  - #60 chain drives independent knotters on each side





# Product Marketing Bulletin

# SB.1436DB Introduction

**MASSEY FERGUSON** | **HESSTON**

| Subject: | Pickup & Feeding |

## Pickup



- 90.5" Panel-to-Panel (105" Overall)

  - 4-bar cammed pickup

  - Split tine bar with center carrier bearing configuration

  - 128 Tines

- 13" Up-turn Augers

- Adjustable Gauge Wheels

- Spring Flotation



## Pre-Forming Chamber



- Dual Feeder Fork Arrangement

  - 10 Tines, arranged in a 3 & 7 configuration allows for optimal crop flow and placement into the main chamber



**Subject:** | Bale Formation

# Dual Wide Chamber & Splitting Knife

- 36" wide chamber

  - Split into two 18" sections

- 14" tall



- Dividing knife and separation wall partitions bale chamber for equal and even bale creation

- Knife is self-cleaning and can be removed for sharpening



- Option to install wedges and restrictor plates towards front of the chamber on the outsides and on the separation wall






# Product Marketing Bulletin

# SB.1436DB Introduction

## HESSTON

**Subject:** Knotter System

## Independent Knotter Trip Systems



- Independently-driven and tripped knotters for consistent bale lengths

  - Individual high-density starwheel and metering arm for each side of the chamber

  - Allows for consistent bale dimension/length regardless of crop flow into the chamber

  - Split needle carriage with center supports ensure positive twine placement into knotters during tie cycle







**HESSTON**

# Product Marketing Bulletin

# SB.1436DB Introduction

| **Subject:** | Knotter System |
|---|---|

## Knotter Heads

- Heavy-duty knotter heads for reliable operation

  - Common knotters from 1844S balers able to handle 270 knot strength twine



  - Centralized lubrication manifolds direct oil to all necessary lube points on the knotter heads



## Twine Box Capacity

- 20 total twine ball capacity

- Produce up to 8,000 bales without restocking twine





## HESSTON

# Product Marketing Bulletin

# SB.1436DB Introduction

**Subject:** | Knotter System

# Knotter Fans

- Dual electric fans provide ample air flow to keep the knotter area clean

  - Large air plenum reduces vacuum forces created by the fans, eliminating the need for reversible functionality

  - Fan on/off is controlled by SimplEbale.

  - When the system sees either 650 RPM on the PTO or starwheel movement continuously for 3 seconds, the fans will turn on.



- Knotter fans draw a large electrical load, which is the primary reason for needing tractor requirements to have an ISOBUS connector for the high amperage electrical connectors.

- There is a stand-alone tractor power harness available (ACX5027560) for tractors not factory equipped with ISOBUS





# Product Marketing Bulletin

## SB.1436DB Introduction

**Subject:** Density System

# Synchronized Hydraulic Density



- Parallel cylinders compress top and bottom of bale chamber

- Allows for consistent density on both sides of the chamber



# Density Control Modes:

- Manual voltage mode

  - Manual mode uses the voltage target for the hydraulic control valve that the operator sets to adjust the hydraulic system.

- Automatic pressure mode

  - Automatic mode uses the hydraulic pressure target that the operator sets to automatically adjust the hydraulic pressure.

- Automatic weight mode

  - Automatic weight mode uses the weight target and the hydraulic pressure target that the operator sets to automatically adjust to the target weight. This is only available with the bale chute scale installed.





**HESSTON**

# Product Marketing Bulletin

# SB.1436DB Introduction

| **Subject:** | Bale Chutes & Scales |

## Dual Wide Chute

- Lays 2 rows of bales for easy gathering in high production fields.





## Quarter Turn Chute

- Flips bales 90 degrees for ability to pickup bales with a stack wagon, still lays bales in two rows.





**HESSTON**

# Product Marketing Bulletin

# SB.1436DB Introduction

| **Subject:** | Bale Chutes & Scales |

## SimplEbale Scales

- Scale kits bolt onto existing chutes allowing easy installation

- Scales optional for RH or RH and LH chamber sides. Must have RH scale kit to utilize LH scale kit

- Scales only read average of bales coming off the chute, if only RH scale is used, then average is of 50% of the bales, if scales on both sides, then all bales are weighed and averaged.





# Product Marketing Bulletin

# SB.1436DB Introduction

**MASSEY FERGUSON** | **HESSTON**

| Subject: | Service & Adjustments |
|---|---|

## Shielding and Accessibility

- Wide opening shields for twine box and drives accessibility

- Twine boxes tip up to allow over 24" of clearance under bottom of the box

- Large opening front hood for access to flywheel, hydraulic pump and gearbox

- Flip up shield for easy access to knotters







# Product Marketing Bulletin

# SB.1436DB Introduction

**MASSEY FERGUSON** | **HESSTON**

| Subject: | Service & Adjustments |

## Lubrication

- Easy access lube points across the baler

- Chart located under front shield



- Knotter lube pump fills easily from front of baler



**Product Marketing Bulletin**

**SB.1436DB Introduction**

| **Subject:** | Service & Adjustments |

# Chain Tensioning & Overload Protection

- All chains feature idler tensioning for easy adjustment throughout the life of the chain

- While the main clutch and the pickup clutch are self contained, there are three shear bolts on the baler, one for the feed forks, and one for each knotter group









# Product Marketing Bulletin
## SB.1436DB Introduction

**Subject:** Value Proposition

## How the MF SB.1436DB Helps Farmers **Achieve Better Efficiency**

### ▶ GREATER FIELD PERFORMANCE



**2X increase in efficiency over a standard small square baler**

The 105" pick-up width combined with the 90 strokes/min and a split 14" x 36" bale chamber allows for greater throughput and capacity during baling, producing 2, 14" x 18" small square bales from one machine.

### ▶ SUPERIOR BALE CONSISTENCY



**Produce a more marketable and reliable product**

The independent knotter trip systems create a consistent length in bales regardless of windrow and crop feeding consistency into the pre-forming chamber. SimplEbale® monitoring system allows for consistent flake count and flake thickness along with bale weight and density.

### ▶ INDUSTRY LEADING UPTIME



**Reduce the time spent ensuring your baler is ready**

Easily accessible, heavy-duty components lend to ease of serviceability. Twine capacity 2x of standard, single small square balers and auto knotter lube allows for twice as many bales baled before the need to refill twine.



# EXHIBIT B

HESSTON BY MASSEY FERGUSON

# SB.1436DB // SMALL SQUARE BALER

## ACHIEVE BETTER BALE QUALITY, OUTPUT AND OPERATIONAL EFFICIENCY



MASSEY FERGUSON

HESSTON

# DOUBLE YOUR OUTPUT
# OF HIGH-QUALITY BALES
## WITHOUT DOUBLING
## YOUR TIME

**NEW AND IMPROVED**

» Our simplified design helps minimize your maintenance and downtime.

**SIMPLEBALE®**

» Ensures consistent bale size, shape and dimensions, with real-time monitoring and control from the cab.

**WIDER PICKUP**

» With a wider pickup than other high-capacity 14" x 18" balers, more hay is collected in each pass, boosting field efficiency and cutting down on labor.

## ACHIEVE BETTER EFFICIENCY, OUTPUT AND QUALITY WITH THE MF SB.1436DB

The Hesston by Massey Ferguson® SB.1436DB small square baler helps commercial hay producers achieve better efficiency and double their output, all while continuing Hesston's legacy of legendary quality. Its heavy-duty, service-friendly design reduces downtime with easy-access components, large twine capacity and auto-knotter lubrication. The innovative SimplEbale® system and faster baling speeds deliver unmatched bale consistency, premium hay quality and industry-leading uptime with less labor.



## SCAN THE QR CODE
TO LEARN MORE

about the MF SB.1436DB or to find your local dealer.





**MASSEY FERGUSON**

**HESSTON**

### UNIFORM AND CONSISTENT

» The independent knotter trip systems ensure consistent bale length even with varying windrows or operator techniques, delivering a uniform, marketable product every time.

### COMMERCIAL TWINE CAPACITY

» Our large twine capacity of 20 balls allows you to produce up to 8,000 bales before refilling — so you can stay in the field longer and get more done.

### DOUBLE YOUR OUTPUT

» Produce two rows of bales per field pass, doubling your efficiency and capacity while reducing your labor needs.

## HOW IT WORKS

As crop feeds up from the pre-forming chamber, it is separated via the splitting knife during the plunger compression stroke. As the crop moves rearward in each side of the chamber, it is compressed by the common hydraulic system that provides equal and consistent density. When it comes time for the bale to be tied off, each side of the chamber operates with an independent knotter trip system to ensure dependable bale length no matter which side of the chamber the bale comes from. The bales then drop out onto the chute where they are arranged for pickup on the ground.

| MODEL | BALE SIZE (IN) | BALE CHAMBER LENGTH (IN) | PLUNGER SPEED (STROKES PER MIN) | NUMBER OF KNOTTERS | MINIMUM TRACTOR PTO HP | BALER WEIGHT (LBS) |
|---|---|---|---|---|---|---|
| SB.1436DB | 14 x 18 | 24 - 52 | 90 | 4 heavy-duty twine ties | 120 | 9,400 |



# RECEIVE A LIFETIME OF SUPPORT

With Hesston by Massey Ferguson, you can count on personalized, responsive support from our network of dealers throughout the lifetime of your baler.

## ASK YOUR DEALER FOR DETAILS ABOUT AGCO PARTS AND SERVICE

**SCAN THE QR CODE** to apply for financing.

**APPLY ONLINE** FOR FINANCING

AGCO FINANCE

©2025 AGCO Corporation. Massey Ferguson is a worldwide brand of AGCO Corporation. Hesston is a brand of AGCO. AGCO, Massey Ferguson and Hesston are trademarks of AGCO. All rights reserved.

HS25BRC001FC

# EXHIBIT C

**652650: MF SB.1436DB SMALL RECTANGULAR BALER**

3151900
MAIN FRAME

**652650: MF SB.1436DB SMALL RECTANGULAR BALER**

3151900
MAIN FRAME

| Item | Part Number | Description | Qty | Tech Spec | Notes | Ref |
|------|-------------|-------------|-----|-----------|-------|-----|
| | | PAGE 2 OF 2 | | | | |
| 1 | 363905X1 | ROUND HEAD SQUARE NECK CARRIAGE BOLT | 20 | 3/8"-16X1-1/4" 5-ZN | | |
| 2 | ACX5513900 | STUFFER CHUTE PAN | 1 | | | |
| 3 | ACX2478050 | KNIFE GUARD | 4 | | | |
| 4 | ACX3546860 | DOOR | 1 | L=886MM | | |
| 5 | 700134459 | MOUNTING | 4 | | | |
| 6 | 352438X1 | EXTERNAL RETAINING RING | 10 | 1.000" PH | | |
| 7 | 700119416 | WIRE GUIDE | 10 | .6250"/.6419"X1.250" | | |
| 8 | 700711238 | HEX FLANGE NUT | 49 | 3/8"-16 GR8 | | |
| 9 | 70922786 | ROUND HEAD SQUARE NECK CARRIAGE BOLT | 8 | 3/8"-16X1" GR5 | | |
| 10 | 700702916 | HARDENED WASHER | 54 | 3/8" | | |
| 11 | Y704742 | HEX FLANGE TOP LOCKNUT | 16 | 1/2"-13 | | |
| 12 | Y704734 | HEX FLANGE TOP LOCKNUT | 17 | 3/8"-16 | | |
| 13 | 71432183 | HARDENED WASHER | 14 | 1/2" | | |
| 14 | 704056HE1 | HEX JAM NUT | 16 | 1/2"-13 GR2 | | |
| 15 | 702654 | HEXAGONAL HEAD BOLT | 2 | 1/2"-13X2-1/4" GR5 | | |
| 16 | 873398 | HEXAGONAL HEAD BOLT | 6 | 1/2"-13X2-3/4" GR5 | | |
| 17 | ACX2478160 | KNIFE REINFORCEMENT | 2 | | | |
| 18 | ACX3553420 | KNIFE REINFORCEMENT | 2 | | | |
| 19 | 7883408 | HEX FLANGE CAPSCREW | 2 | 3/8"-16X1-1/4" GR8 FT | | |
| 20 | 365416X1 | ROUND HEAD SCREW | 13 | 3/8"-16X3/4" 5-ZN | | |
| 21 | AG561842 | HEXAGONAL HEAD BOLT | 8 | 1/2"-13 X 4", GR8 | | |
| 22 | ACX4747470 | KNIFE BRACKET | 1 | | | |
| 23 | 70934842 | COUNTERSUNK, SOCKET HEAD CAPSCREW | 4 | 3/8"-16X1-1/4" | | |
| 24 | Y707455 | PLOW BOLT | 8 | 1/2"-13X1-3/4" G5 | | |
| 25 | 7883598 | HEX SOCKET HEAD FLAT COUNTERSUNK BOLT | 15 | 3/8"-16X1-1/2" | | |
| 26 | ACX5758960 | MOUNTING, LEFT SIDE | 1 | | | |
| 26 | ACX5758860 | MOUNTING, RIGHT SIDE | 1 | | | |
| 27 | 70921974 | HEXAGONAL HEAD BOLT | 6 | 3/8"-16X1-1/2" | | |
| 28 | 704064HE1 | HEX JAM NUT | 6 | 3/8"-16 GR2 | | |
| 29 | ACX4982550 | HAY RESISTOR | 1 | L=348X205MM | | |
| 30 | ACX4384120 | HAY RESISTOR | 1 | L=348X205MM | | |
| 31 | ACX4747030 | KNIFE | 1 | L=537MM | | |
| 32 | 700711347 | HEX FLANGE CAPSCREW | 3 | 5/8"-11X2-1/2" GR8 | | |
| 33 | 700703922 | HEX FLANGE TOP LOCKNUT | 3 | 5/8"-11 GRG | | |
| 34 | ACX3564390 | SPACER PLATE | 1 | L=793X240MM | | |
| 35 | ACX4176260 | TOP PLATE | 1 | | | |
| 36 | 700197112 | HAYDOG | 4 | | | |
| 37 | 700727088 | BUMPER | 4 | 1-1/2" | | |
| 38 | 700707863 | TORSION SPRING | 4 | | | |
| 39 | ACX4370870 | PIN | 1 | L=180MM | | |
| 40 | ACX2478180 | FILLER PLATE | 2 | | | |
| 41 | ACX3553370 | FILLER PLATE | 2 | L=247X160.10MM | | |
| 42 | ACX4890450 | FILLER PLATE | 1 | L=247X206.50MM | | |
| 43 | ACX3959210 | WEAR PLATE, LEFT SIDE | 1 | L=451MM | | |

**652650: MF SB.1436DB SMALL RECTANGULAR BALER**

3151900
MAIN FRAME

| Item | Part Number | Description | Qty | Tech Spec | Notes | Ref |
|------|-------------|-------------|-----|-----------|-------|-----|
| 44 | ACX3959370 | WEAR PLATE, RIGHT SIDE | 1 | L=451MM | | |
| 45 | ACX3959290 | WEAR PLATE | 2 | L=247MM | | |
| 46 | ACX4890460 | WEAR PLATE | 1 | L=247X206.50MM | | |
| 47 | ACX4852020 | WEAR PLATE, LEFT SIDE | 1 | L=451MM | | |
| 48 | ACX4852040 | WEAR PLATE, RIGHT SIDE | 1 | L=451MM | | |
| 49 | ACX3552780 | KNIFE | 1 | | | |
| 50 | ACX3553150 | KNIFE | 1 | | | |
| 51 | ACX3553030 | KNIFE | 1 | | | |
| 52 | ACX3553170 | KNIFE | 1 | | | |
| 53 | ACX4847600 | HAYDOG, LEFT SIDE | 1 | | | |
| 54 | ACX4757730 | HAYDOG | 1 | | | |
| 55 | ACX4851810 | HAYDOG, RIGHT SIDE | 1 | | | |
| 56 | ACX2477840 | RAIL | 2 | | | |
| 57 | 704858 | HEX TOP LOCKNUT | 2 | 1/2"-13 GRB | | |
| 58 | 702217 | HEXAGONAL HEAD BOLT | 2 | 1/2"-13X4" GR5 | | |
| 59 | 363770X1 | ROUND HEAD SQUARE NECK CARRIAGE BOLT | 4 | 3/8"-16X1-3/4" 5-ZN | | |